B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## District of Nevada

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Roberts, Richard N** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Roberts, Jane S** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-8517** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-1004** |
| Street Address of Debtor (No. and Street, City, and State):<br>**11709 Grotta Azzurra Avenue**<br>**Las Vegas, NV**<br>ZIP Code **89138** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**4750 N. Jensen Street**<br>**Las Vegas, NV**<br>ZIP Code **89129-1606** |
| County of Residence or of the Principal Place of Business:<br>**Clark** | County of Residence or of the Principal Place of Business:<br>**Clark** |
| Mailing Address of Debtor (if different from street address):<br>**4750 N. Jensen Street**<br>**Las Vegas, NV**<br>ZIP Code **89129** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)  (Check one box)
- ■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:**
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

**Check all applicable boxes:**
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

5/06/13 3:15PM

B1 (Official Form 1)(04/13) **Page 2**

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Roberts, Richard N** <br> **Roberts, Jane S** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: <br> **Regal Property Holdings, Inc.** | Case Number: | Date Filed: |
| District: <br> **District of Nevada** | Relationship: <br> **Owners** | Judge: |

| **Exhibit A** | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br> Signature of Attorney for Debtor(s)            (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13) Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Roberts, Richard N**
**Roberts, Jane S**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X /s/ Richard N Roberts**
Signature of Debtor  **Richard N Roberts**

**X /s/ Jane S Roberts**
Signature of Joint Debtor **Jane S Roberts**

Telephone Number (If not represented by attorney)

**May  6, 2013**
Date

### Signature of Attorney*

**X /s/ Samuel A. Schwartz. Esq.**
Signature of Attorney for Debtor(s)

**Samuel A. Schwartz. Esq. 10985**
Printed Name of Attorney for Debtor(s)

**The Schwartz Law Firm, Inc.**
Firm Name

**6623 Las Vegas Blvd. South, Suite 300**
**Las Vegas, NV 89119**

Address

**Email: sam@schwartzlawyers.com**
**(702) 385-5544  Fax: (702) 385-2741**
Telephone Number

**May  6, 2013**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X**
Signature of Foreign Representative

Printed Name of Foreign Representative

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

**X**

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## District of Nevada

In re  **Richard N Roberts**
      **Jane S Roberts**
                                    Debtor(s)

Case No. _____
Chapter  **11**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont. Page 2

☐4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐Active military duty in a military combat zone.

☐5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

    Signature of Debtor:  **/s/ Richard N Roberts**
                                    **Richard N Roberts**

    Date:  **May  6, 2013**

Certificate Number: 03088-NV-CC-020885100



03088-NV-CC-020885100

# CERTIFICATE OF COUNSELING

I CERTIFY that on May 2, 2013, at 11:18 o'clock PM CDT, Richard N Roberts received from Debt Education and Certification Foundation, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the District of Nevada, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet and telephone.

Date:   May 2, 2013                By:     /s/Brad Shedden

                                   Name:   Brad Shedden

                                   Title:  Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

B 1D (Official Form 1, Exhibit D) (12/09)

**United States Bankruptcy Court**
**District of Nevada**

In re  **Richard N Roberts**
       **Jane S Roberts**
                                         Debtor(s)

Case No. _____
Chapter  **11**

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont. Page 2

☐4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐Active military duty in a military combat zone.

☐5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Jane S Roberts**
                      **Jane S Roberts**

Date:   **May  6, 2013**

Software Copyright (c) 1996-2013 CCH INCORPORATED - www.bestcase.com                                                                                           Best Case Bankruptcy

Certificate Number: 03088-NV-CC-020885101



03088-NV-CC-020885101

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>May 2, 2013</u>, at <u>11:18</u> o'clock <u>PM CDT</u>, <u>Jane S Roberts</u> received from <u>Debt Education and Certification Foundation</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>District of Nevada</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet and telephone</u>.

Date:   <u>May 2, 2013</u>          By:    <u>/s/Brad Shedden</u>

                                 Name:  <u>Brad Shedden</u>

                                 Title: <u>Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
### District of Nevada

In re  Richard N Roberts
       Jane S Roberts
                                                Debtor(s)

Case No.  
Chapter  **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Adidas**<br>P.O. Box 100384<br>Atlanta, GA 30384-0384 | **Adidas**<br>P.O. Box 100384<br>Atlanta, GA 30384-0384 | **Personal Guaranty** | | 84,020.61 |
| **Agron**<br>P.O. Box 51708<br>Los Angeles, CA 90051-7697 | **Agron**<br>P.O. Box 51708<br>Los Angeles, CA 90051-7697 | **Personal Guaranty** | | 8,181.32 |
| **American Express**<br>P.O. Box 981535<br>El Paso, TX 79998-1535 | **American Express**<br>P.O. Box 981535<br>El Paso, TX 79998-1535 | **Business Credit Card** | | 4,611.48 |
| **American Express**<br>Po Box 3001<br>16 General Warren Blvd<br>Malvern, PA 19355 | **American Express**<br>Po Box 3001<br>16 General Warren Blvd<br>Malvern, PA 19355 | **Credit Card** | | 52,494.71 |
| **American Express**<br>PO Box 0001<br>Los Angeles, CA 90096-0001 | **American Express**<br>PO Box 0001<br>Los Angeles, CA 90096-0001 | **Business Credit Card** | | 29,098.16 |
| **Bank Of America**<br>Po Box 982235<br>El Paso, TX 79998 | **Bank Of America**<br>Po Box 982235<br>El Paso, TX 79998 | **Credit Card** | | 49,982.00 |
| **Barclays Bank Delaware**<br>Attn: Bankruptcy<br>P.O. Box 8801<br>Wilmington, DE 19899 | **Barclays Bank Delaware**<br>Attn: Bankruptcy<br>P.O. Box 8801<br>Wilmington, DE 19899 | **Credit Card** | | 9,600.00 |
| **Chase**<br>Po Box 15298<br>Wilmington, DE 19850 | **Chase**<br>Po Box 15298<br>Wilmington, DE 19850 | **Credit Card** | | 8,000.00 |
| **Citibank Sd, Na**<br>Attn: Centralized Bankruptcy<br>Po Box 20363<br>Kansas City, MO 64195 | **Citibank Sd, Na**<br>Attn: Centralized Bankruptcy<br>Po Box 20363<br>Kansas City, MO 64195 | **Credit Card** | | 25,000.00 |
| **David Lawrence**<br>Casa Jane, La Rejana,<br>PagoMeli<br>Torrox, Malaga Spain | **David Lawrence**<br>Casa Jane, La Rejana, PagoMeli<br>Torrox, Malaga Spain | **Personal Loan (160,000.00 Euro)** | | 209,056.00 |

B4 (Official Form 4) (12/07) - Cont.

In re    **Richard N Roberts**
       **Jane S Roberts**                         Case No.
                     Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Discover Fin Svcs Llc<br>Po Box 15316<br>Wilmington, DE 19850 | Discover Fin Svcs Llc<br>Po Box 15316<br>Wilmington, DE 19850 | Credit Card | | 4,200.00 |
| DLA Piper, UK LLP<br>Attn: Jonathan Eatough<br>101 Barbirolli Square<br>Bridgewater Manchester M2 3DL<br>United Kingdom DX 14304 | DLA Piper, UK LLP<br>Attn: Jonathan Eatough<br>101 Barbirolli Square<br>United Kingdom DX 14304 | Legal Fees<br>(21,275.11 GBP)<br>UKM/49758134.1 | | 33,106.20 |
| Elaine Graf<br>7413 Doe Avenue<br>Las Vegas, NV 89117 | Elaine Graf<br>7413 Doe Avenue<br>Las Vegas, NV 89117 | Personal Loan | | 15,000.00 |
| Faith Lutheran Middle - High School<br>2015 S. Hualapai Way<br>Las Vegas, NV 89117 | Faith Lutheran Middle - High School<br>2015 S. Hualapai Way<br>Las Vegas, NV 89117 | Tuition - Joshua and Jacob Roberts | | 5,852.00 |
| GECRB/Gap<br>Attn: bankruptcy<br>Po Box 103104<br>Roswell, GA 30076 | GECRB/Gap<br>Attn: bankruptcy<br>Po Box 103104<br>Roswell, GA 30076 | Credit Card | | 4,064.00 |
| Nicholas Ian Shaw<br>6 While Street, Stockton Meath<br>Chershire, WA46JX, England | Nicholas Ian Shaw<br>6 While Street, Stockton Meath<br>Chershire, WA46JX, England | Personal Loan<br>(90,000.00 GBP) | | 139,662.00 |
| Stephen Baker<br>1612 Vefpertina Court<br>Las Vegas, NV 89128 | Stephen Baker<br>1612 Vefpertina Court<br>Las Vegas, NV 89128 | Personal Loan | | 25,000.00 |
| Tom Scardamaglia<br>1448 Anderson Road<br>Elburn, IL 60119 | Tom Scardamaglia<br>1448 Anderson Road<br>Elburn, IL 60119 | Personal Loan | | 20,000.00 |
| Unicaja Bank<br>Plaza de la Ermita<br>Calle San Miguel, Nerja<br>Spain | Unicaja Bank<br>Plaza de la Ermita<br>Calle San Miguel, Nerja | Mortgage (146,000 Euro) | | 191,391.40<br><br>(0.00 secured) |
| Wells Fargo Card Services<br>1 Home Campus<br>3rd Floor<br>Des Moines, IA 50328 | Wells Fargo Card Services<br>1 Home Campus<br>3rd Floor<br>Des Moines, IA 50328 | Credit Card | | 11,476.23 |

B4 (Official Form 4) (12/07) - Cont.

In re  Richard N Roberts
       Jane S Roberts
                    Debtor(s)                                              Case No.

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

We, **Richard N Roberts** and **Jane S Roberts**, the debtors in this case, declare under penalty of perjury that we have read the foregoing list and that it is true and correct to the best of our information and belief.

Date **May  6, 2013**           Signature   **/s/ Richard N Roberts**
                                            **Richard N Roberts**
                                            Debtor

Date **May  6, 2013**           Signature   **/s/ Jane S Roberts**
                                            **Jane S Roberts**
                                            Joint Debtor

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
### District of Nevada

In re: **Richard N Roberts**, **Jane S Roberts**, Debtor(s)

Case No.

Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: **May 6, 2013**

/s/ **Richard N Roberts**
**Richard N Roberts**
Signature of Debtor

Date: **May 6, 2013**

/s/ **Jane S Roberts**
**Jane S Roberts**
Signature of Debtor

```
Richard N Roberts
Jane S Roberts
4750 N. Jensen Street
Las Vegas, NV 89129

Samuel A. Schwartz. Esq.
The Schwartz Law Firm, Inc.
6623 Las Vegas Blvd. South, Suite 300
Las Vegas, NV 89119

United States Trustee
300 Las Vegas Blvd. South #4300
Las Vegas, NV 89101

Dept of Employment, Training and Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

Nevada Dept of Taxation, BK Section
555 E. Washington Ave. #1300
Las Vegas, NV 89101

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Clark County Assessor
c/o Bankruptcy Clerk
500 S Grand Central Pkwy
Box 551401
Las Vegas, NV 89155-1401

Clark County Treasurer
c/o Bankruptcy Clerk
500 S Grand Central Parkway
PO Box 551220
Las Vegas, NV 89155-1220

State of Nevada Dept. of Motor Vehicles
Attn: Legal Division
555 Wright Way
Carson City, NV 89711

Adidas
P.O. Box 100384
Atlanta, GA 30384-0384

Agron
P.O. Box 51708
Los Angeles, CA 90051-7697
```

```
Ally Financial
Acct No xxxxxxxx8983
Attn: Bankruptcy
Po Box 130424
Roseville, MN 55113

American Express
Acct No xxxxxxxxxxx3893
Po Box 3001
16 General Warren Blvd
Malvern, PA 19355

American Express
Acct No xxxxxxxxxxx6503
Po Box 3001
16 General Warren Blvd
Malvern, PA 19355

American Express
Acct No x-x1002
PO Box 0001
Los Angeles, CA 90096-0001

American Express
Acct No x/x1002
P.O. Box 981535
El Paso, TX 79998-1535

Bank Of America
Acct No xxxxxxxxxxx3362
Po Box 982235
El Paso, TX 79998

Bank of America Home Loans
Acct No xxxxx2033
Attn: Correspondence Unit/CA6-919-02-41
Po Box 5170
Simi Valley, CA 93062

Barclays Bank Delaware
Acct No xxxxxxxxxx5474
Attn: Bankruptcy
P.O. Box 8801
Wilmington, DE 19899

Bishop Gorman High School
Acct No x6-355
5959 S. Hualapai Way
Las Vegas, NV 89148

Bmw Financial Services
Acct No xxxxxx0463
Attn: Bankruptcy Department
Po Box 3608
Dublin, OH 43016
```

```
Chase
Acct No xxxxxxxxxxxx2537
Po Box 15298
Wilmington, DE 19850

Christopher Mathews, Esq.
Lionel Sawyer & Collins
1700 Bank of America Plaza
300 S. Fourth Street
Las Vegas, NV 89101

Citibank Sd, Na
Acct No xxxxxxxxxxxx3838
Attn: Centralized Bankruptcy
Po Box 20363
Kansas City, MO 64195

Citibank Usa
Acct No xxxxxxxxxxxx7542
Citicorp Credit Services/Attn:Centralize
Po Box 20507
Kansas City, MO 64195

City of Las Vegas
Acct No xxxx5131
P.O. Box 748029
Los Angeles, CA 90074-8029

Commonwealth of Massachusetts
Acct No xx-xxx8584
Executive Office of Labor and Workforce
Charles F. Hurley Building
19 Stanford Street
Boston, MA 02114

Cory D. Sinclair, Esq.
Parsons Behle & Latimer
201 South Main Street #1800
Salt Lake City, UT 84111

David Lawrence
Casa Jane, La Rejana, PagoMeli
Torrox, Malaga Spain

David Riviera
Acct No xx-xx-4750
1027 South Rainbow Blvd. #101
Las Vegas, NV 89145

Dell Financial Services
Acct No xxxxxxxxxxxxxxx4652
Dell Financial Services Attn: Bankrupcty
Po Box 81577
Austin, TX 78708
```

Desert Anesthesiologists, Inc.
Acct No xxx3201
P.O. Box 3930
Salt Lake City, UT 84110-3930

Desert Institute of Spine Care
Acct No 9169
5130 S. Fort Apache Road, Ste. 215-415
Las Vegas, NV 89148

Discover Fin Svcs Llc
Acct No xxxxxxxxxxxx8812
Po Box 15316
Wilmington, DE 19850

DJO Global, LLC
Acct No xxx5888
599 Cardigan Road
Saint Paul, MN 55126

DLA Piper, UK LLP
Acct No xx/xxx/xx/xxx867/1
Attn: Jonathan Eatough
101 Barbirolli Square
Bridgewater Manchester M2 3DL
United Kingdom DX 14304

Dsnb Macys
Acct No xxxxxxxxx6320
Po Box 8218
Mason, OH 45040

Elaine Graf
7413 Doe Avenue
Las Vegas, NV 89117

Express/Comenity Bank
Acct No xxxxx4444
Attention: Bankruptcy Dept
Po Box 182686
Columbus, OH 43218

Faith Lutheran Middle - High School
2015 S. Hualapai Way
Las Vegas, NV 89117

Gecrb/Amazon
Acct No xxxxxxxxxxxx2852
Attn: Bankruptcy
Po Box 103104
Roswell, GA 30076

GECRB/Gap
Acct No xxxxxxxxxxxx6867
Attn: bankruptcy
Po Box 103104
Roswell, GA 30076

GECRB/JC Penny
Acct No xxxxxxxxxxxx5591
Attention:  Bankruptcy
Po Box 103104
Roswell, GA 30076

Innovative Pain Care Center
Acct No 6189
P.O. Box 74826
Los Angeles, CA 90074-8286

Institute of Orthopedic Surgery
Acct No xx5212
P.O. Box 50509
Henderson, NV 89016

Jacob Roberts
4750 N. Jensen Street
Las Vegas, NV 89129

Jade Soresman
10004 Pinnacle View Place
Las Vegas, NV 89135

Jessica Roberts
4750 N. Jensen Street
Las Vegas, NV 89129

Joshua Roberts
4750 N. Jensen Street
Las Vegas, NV 89129

Kohls/capone
Acct No xxxxxxxxxxxx0870
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI 53051

Lionel, Sawyer, and Collins
1700 Bank of America Plaza
300 S. 4th Street
Las Vegas, NV 89101

Low Back & Neck Pain Center, Ltd.
Acct No x9657
1928 East Sahara Avenue
Las Vegas, NV 89104

```
Maitland Walker, LLP
19 Imperial Square
Cheltenham, Gloucestershire
UNITED KINGDOOM, GL50 1QZ

Michael R. Kealy, Esq.
Parsons Behle & Latimer
50 W. Liberty Street, Suite 750
Reno, NV 89501

Nevada Pools
Acct No x9253
5581 S. Cameron Street
Las Vegas, NV 89118

Newport News
Acct No xxxxxxxxxxxx2051
Po Box 182125
Columbus, OH 43218

Nicholas Ian Shaw
6 While Street, Stockton Meath
Chershire, WA46JX, England

Nordstrom FSB
Acct No xxxxxx3933
Attention: Account Services
Po Box 6566
Englewood, CO 80155

Quest Diagnostics
Acct No xxxxx4833
P.O. Box 7302
Hollister, MO 65673-7302

Shaxgroup, Inc.
7060 W. Warm Springs Road
Ste. 150
Las Vegas, NV 89113

Steinberg Diagnostic Medical Imaging
Acct No xx2879
P.O. Box 36900
Las Vegas, NV 89133-6900

Stephen Baker
1612 Vefpertina Court
Las Vegas, NV 89128

Stephens Pest Control
Acct No 4717
P.O. Box 50554
Henderson, NV 89016-0554
```

```
Stirling Mortimer Global Property Fund
PO Box 225
Heritage Hall
Le Marchant Street
St Peter Port Guernsey GY1 4HY

Tom Scardamaglia
1448 Anderson Road
Elburn, IL 60119

Unicaja Bank
Acct No xxxxxxxxxxxxxxxx0337
Plaza de la Ermita
Calle San Miguel, Nerja
Spain

Victoria's Secret
Acct No xxxxx5954
Attention: Bankruptcy
Po Box 182125
Columbus, OH 43218

Wells Fargo Card Services
Acct No xxxxxxxxxxxx0237
1 Home Campus
3rd Floor
Des Moines, IA 50328
```