_____
Honorable Bruce T. Beesley
United States Bankruptcy Judge



**Entered on Docket**
**May 21, 2013**

Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
Bryan A. Lindsey, Esq.
Nevada Bar No. 10662
The Schwartz Law Firm, Inc.
6623 Las Vegas Blvd. South, Suite 300
Las Vegas, Nevada 89119
Telephone: (702) 385-5544
Facsimile: (702) 385-2741
Proposed Attorneys for the Debtors

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) Case No.: 13-13969-BTB |
| | ) |
| Regal Property Holdings, Inc. | ) Chapter 11 |
| | ) |
| Richard N. Roberts and Jane S. Roberts, | ) Joint Administration With: |
| | ) Case No.: 13-13968-BTB |
| | ) |
| Debtors. | ) Hearing Date:  May 15, 2013 |
| | ) Hearing Time:  9:30 a.m. |

## ORDER UNDER FED. R. BANKR. P. 1015(b)
## GRANTING MOTION FOR JOINT ADMINISTRATION

Upon the motion (the "**Motion**")[1] of the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), for entry of an order granting the joint administration of their cases; and it appearing that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors and other parties in interest; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that

---
[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

1

this proceeding is a core proceeding pursuant to 28 U.S.C. § 157; and after due deliberation and cause appearing therefore; it is hereby

**ORDERED** that the Motion is granted; and it is further

**ORDERED** the Debtors' respective captioned and numbered cases are consolidated for procedural purposes only, and shall be jointly administered in accordance with Bankruptcy Rule 1015(b); and it is further

**ORDERED** that the cases shall be jointly administered under the case number assigned to Regal Property Holdings, Inc., Case No. 13-13969-BTB; and it is further

**ORDERED** that a creditor filing a proof of claim against either of the Debtors shall file said proof of claim in the particular Debtor's bankruptcy case and not in the jointly administered case; and it is further

**ORDERED** that this order is effective immediately upon its entry and the clerk of the Court is hereby directed to enter this Order on the docket in each Debtors' chapter 11 case; and it is further

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order; and it is further

**ORDERED** that as provided by Fed. R. Bankr. P. 7062, this Order shall be effective and enforceable immediately upon entry.

Submitted by:

THE SCHWARTZ LAW FIRM, INC.

By: /s/ Samuel A. Schwartz
Samuel A. Schwartz, Esq., NBN 10985
Bryan A. Lindsey, Esq., NBN 10662
6623 Las Vegas Blvd. South, Suite 300
Las Vegas, NV 89119
Proposed Attorneys for the Debtors

**SUBMISSION TO COUNSEL FOR APPROVAL PURSUANT TO LR 9021**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____ The court has waived the requirement set forth in LR 9021(b)(1).

_____ No party appeared at the hearing or filed an objection to the motion.

__X__ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

_____ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of this order.

APPROVED:   Thomas Beckett, Esq.

DISAPPROVED:

FAILED TO RESPOND:

Submitted by:

THE SCHWARTZ LAW FIRM, INC.

By: /s/ Samuel A. Schwartz
Samuel A. Schwartz, Esq., NBN 10985
Bryan A. Lindsey, Esq., NBN 10662
6623 Las Vegas Blvd. South, Suite 300
Las Vegas, NV 89119
Proposed Attorneys for the Debtors

# # #