7/22/13 3:21PM

**Samuel A. Schwartz. Esq.**
Name

**10985**
Bar Code #

**6623 Las Vegas Blvd. South, Suite 300**
**Las Vegas, NV 89119**
Address

**(702) 385-5544**
Phone Number

E-filed on **July 22, 2013**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

In re:   **Richard N Roberts**
         **Jane S Roberts**

Case No.: **13-13968-BTB**
Chapter: **11**
Trustee

Debtor(s)

## AMENDMENT COVER SHEET

The following items have been amended in the above named bankruptcy proceeding (check all applicable boxes).

- [ ] Voluntary Petition (specify reason for amendment)
- [ ] Summary of Schedules
- [ ] Statistical Summary of Certain Liabilities
- [ ] Schedule A - Real Property
- [x] Schedule B - Personal Property
- [ ] Schedule C - Property Claimed as exempt
- [ ] Schedule D, E, or F, and/or Matrix, and/or List of Creditors or Equity Holders
    - [ ] Add/delete creditor(s), change amount or classification of debt - **$30.00 Fee required**
    - [ ] Add/change address of already listed creditor - **No fee**
- [ ] Schedule G - Schedule of Executory Contracts and Unexpired Leases
- [ ] Schedule H - CoDebtors
- [ ] Schedule I - Current Income of Individual Debtor(s)
- [ ] Schedule J - Current Expenditures of Individual Debtor(s)
- [ ] Declaration Concerning Debtor's Schedules
- [x] Statement of Financial Affairs and/or Declaration
- [ ] Chapter 7 Individual Debtor's Statement of Intention
- [ ] Disclosure of Compensation of Attorney for Debtor(s)
- [ ] Statement of Current Monthly Income and Means Test Calculation
- [ ] Certification of Credit Counseling
- [ ] Other: __

7/22/13 3:21PM

E-filed on    **July 22, 2013**

**Amendment of debtor(s) Social Security Number requires the filer to follow the instructions provided by the Office of the U.S. Trustee, see link to the U.S. Trustee's website on our website: www.nvb.uscourts.gov**

## Declaration of Debtor

I (We) declare under penalty of perjury that the information set forth in the amendment(s) attached hereto is (are) true and correct to the best of my (our) information and belief.

| /s/ Richard N Roberts | /s/ Jane S Roberts |
|---|---|
| **Richard N Roberts** | **Jane S Roberts** |
| **Debtor's Signature** | **Joint Debtor's Signature** |
| **Date:** July 22, 2013 | **Date:** July 22, 2013 |

Software Copyright (c) 1996-2013 CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re  **Richard N Roberts,**      Case No. __13-13968-BTB__
      **Jane S Roberts**
                              Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Chase Checking Account number ending in 7640**<br>**Jane S. Roberts** | W | 3,332.64 |
| | | | **Chase Savings Account number ending in 9723**<br>**Jane S. Roberts** | W | 434.18 |
| | | | **Wells Fargo Checking Account number ending in 5671**<br>**Jane S. Roberts** | W | 4,239.40 |
| | | | **Wells Fargo Checking Account number ending in 2902**<br>**Jane S. Roberts** | W | 118.41 |
| | | | **Wells Fargo Savings Account number ending in 1634**<br>**Jane S. Roberts** | W | 953.55 |
| | | | **Wells Fargo Savings Account number ending in 2454**<br>**Richard N. Roberts** | H | 341.58 |
| | | | **Wells Fargo Savings Account number ending in 6273**<br>**Joshua J. Roberts, Minor**<br>**Jane S. Roberts** | W | 214.10 |
| | | | **Wells Fargo Savings Account number ending in 6281**<br>**Jacob N. Roberts, Minor**<br>**Jane S. Roberts** | W | 415.05 |
| | | | **Wells Fargo Savings Account number ending in 6265**<br>**Jessica S. Roberts, Minor**<br>**Jane S. Roberts** | W | 214.10 |

                                                         Sub-Total >        **10,263.01**
                                              (Total of this page)

__4__ continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Richard N Roberts,**
       **Jane S Roberts**
                                                              , Case No. __**13-13968-BTB**__
                         Debtors

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| | | | **Wells Fargo Checking Account number ending in 7968**<br>**Richard N. Roberts** | H | 680.47 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Furniture, Electronics, Appliances**<br>**Location: 4750 N. Jensen Street, Las Vegas NV 89129-1606**<br>**Jane S. Roberts** | W | 10,000.00 |
| | | | **Furniture, Electronics, Appliances**<br>**Location: 11709 Grotta Azzurra Avenue, Las Vegas NV 89138**<br>**Richard N. Roberts** | H | 2,000.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Books and Art**<br>**Location: 4750 N. Jensen Street, Las Vegas NV 89129-1606**<br>**Jane S. Roberts** | W | 3,500.00 |
| | | | **Books and Art**<br>**Location: 11709 Grotta Azzurra Avenue, Las Vegas NV 89138**<br>**Richard N. Roberts** | C | 3,000.00 |
| 6. | Wearing apparel. | | **Clothing**<br>**Location: 4750 N. Jensen Street, Las Vegas NV 89129-1606**<br>**Jane S. Roberts** | W | 2,000.00 |
| | | | **Clothing**<br>**Location: 4750 N. Jensen Street, Las Vegas NV 89129-1606**<br>**Richard N. Roberts** | H | 1,000.00 |
| 7. | Furs and jewelry. | | **Wedding Ring and Costume Jewelry**<br>**Jane S. Roberts** | W | 1,000.00 |
| | | | **Wedding Ring and Neckchain**<br>**Richard N. Roberts** | H | 500.00 |
| 8. | Firearms and sports, photographic, and other hobby equipment. | | **Exercise Equipment**<br>**Location: 4750 N. Jensen Street, Las Vegas NV 89129-1606**<br>**Jane S. Roberts** | W | 500.00 |

                                                                                  Sub-Total >     **24,180.47**
                                                                              (Total of this page)

Sheet __**1**__ of __**4**__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Richard N Roberts,** Case No. **13-13968-BTB**
**Jane S Roberts**,
Debtors

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Exercise Equipment**<br>**Location: 11709 Grotta Azzurra Avenue, Las Vegas NV 89138**<br>**Richard N. Roberts** | H | 1,400.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Farmers Umbrella Policy Number ending in 2658** | J | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Regal Property Holdings, Inc.**<br>**Jane S. Roberts**<br>**95% Ownership Interest** | W | 1,330,000.00 |
| | | **Regal Property Holdings, Inc.**<br>**Richard N. Roberts**<br>**5% Ownership Interest** | H | 70,000.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Business Loan to Regal Property Holdings, Inc. from Jane S. Roberts.** | W | 4,165,801.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |

Sub-Total > **5,567,201.00**
(Total of this page)

Sheet __2__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Richard N Roberts,**
       **Jane S Roberts**
                                                                    ,
                                    Debtors

Case No. __13-13968-BTB__

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Counterclaim against Stirling Mortimer Global Property Fund and Stirling Mortimer Property Fund, PCC, Ltd.**<br>**Richard N. Roberts** | H | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **Utility Trailer**<br>**Location: 4750 N. Jensen Street, Las Vegas NV 89129-1606**<br>**Jane S. Roberts** | W | 1,000.00 |
| | | **ATV Trailer (Single)**<br>**Location: 4750 N. Jensen Street, Las Vegas NV 89129-1606**<br>**Jane S. Roberts** | W | 400.00 |
| | | | Sub-Total ><br>(Total of this page) | **1,400.00** |

Sheet __3__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Richard N Roberts,**  
      **Jane S Roberts**  
                                 Debtors

Case No.  **13-13968-BTB**

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **2004 Polaris 250 ATV (non-running)**<br>**Location: 4750 N. Jensen Street, Las Vegas NV 89129-1606**<br>**Jane S. Roberts** | C | 300.00 |
| | | **2005 Polaris 250 ATV** | C | 400.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | **Five domesticated dogs** | J | 0.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Miranda Pierson**<br>**Money loaned and not repaid**<br>**Criminal fraud case brought by Clark County District Attorney** | C | 10,000.00 |

Sheet **4** of **4** continuation sheets attached  
to the Schedule of Personal Property

Sub-Total >    **10,700.00**  
(Total of this page)  
Total >    **5,613,744.48**

(Report also on Summary of Schedules)

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## District of Nevada

In re  Richard N Roberts
       Jane S Roberts
                             Debtor(s)

Case No.  **13-13968-BTB**
Chapter   **11**

# STATEMENT OF FINANCIAL AFFAIRS - AMENDED

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

**1. Income from employment or operation of business**

None ☐   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $12,791.35 | 2013 YTD: Wife Rental Property Income |
| $28,740.00 | 2012: Wife Rental Property Income |
| $51,006.00 | 2011: Wife Income From Rents and Property Sales |
| $0.00 | Husband - 2013 YTD Income |
| $0.00 | Husband - 2012 Income |
| $0.00 | Husband - 2011 Income |

B7 (Official Form 7) (04/13)    2

|  | **2. Income other than from employment or operation of business** |
|---|---|
| None ■ | State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

AMOUNT    SOURCE

|  | **3. Payments to creditors** |
|---|---|
| None ■ | *Complete a. or b., as appropriate, and c.* |
|  | a.   *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

| None ☐ | b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
|---|---|

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Bank of America Home Loans**<br>**Attn: Correspondence Unit/CA6-919-02-41**<br>**Po Box 5170**<br>**Simi Valley, CA 93062** | **03/2013, 04/2013, 05/2013** | **$2,554.53** | **$95,269.00** |
| **Unicaja Bank**<br>**Balcon de Eruopa**<br>**Nerja, Spain** | **03/2013, 04/2013, 05/2013** | **$4,800.00** | **$185,444.00** |
| **David Lawrence**<br>**Calle Cerro Pendon, Portal 2B**<br>**Planta 1, Apt. 1, Penoncillo**<br>**Torrox Costa, Malaga, Spain 29793** | **03/2013, 04/2013, 05/2013** | **$3,300.00** | **$211,104.00** |

| None ■ | c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
|---|---|

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B7 (Official Form 7) (04/13) 3

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Stirling Mortimer Global Property Fund PCC, Limited v. Richard Neill Trevor Roberts, Jane Sheridan Roberts, and Regal Property Holdings, Inc.**<br>**Case No.: 2:13-cv-00301-GMN-NJK** | Civil - Fraud | United States District Court, District of Nevada | **Removed to U.S. Bankruptcy Court, District of Nevada - Preliminary Injunction Order entered against Debtors' property** |
| **Stirling Mortimor Global Property Fund PCC Limited, v. ELS International Lawyers, LLP; Mr. Joe Ezaz; Mrs. Sarah Louise Ezaz; Mr. Richard Neil Trevor Roberts; Mrs. Jane Shearidan Elizabeth Roberts; Ms. Martina Fritzsche; Mr. Daniel Wright; Mr. Tom Jeremiah Sheehy; Mr. Niall Martyin Fleming; Go2Capeverde Limited; Regal Property Holdings Incorporated.**<br>**2013-Folio-192** | Civil - Fraud | In the High Court of Justice, Queen's Bench Division<br>Commercial Court, United Kingdom | Pending |

None ■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ☐ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Windy City Motorcars**<br>**760 West Main Street. #106**<br>**Bloomfield, IN 47424** | **01/2013** | **2011 40' Monaco Knight motorhome**<br>**Value $120,000.00** |

**6. Assignments and receiverships**

None ■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

B7 (Official Form 7) (04/13)     4

| None ☐ | b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
|---|---|

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| **Neil Emerson** <br> **Bircham Dyson Bell, LLP** <br> **50 Broadway, London.** <br> **SW1 HOBL** | **Stirling Mortimer Global Property Fund PCC, Limited v. Richard Neil Trevor Roberts, et al. United States District Court, District of Nevada Case No.: 2:13-cv-00301-GMN-NJK Stirling Mortimor Global Property Fund PCC Limited, v. ELS International Lawyers, LLP; et al. 2013-Folio-192 In the High Court of Justice, Queen's Bench Division Commercial Court, United Kingdom** | **02/20/2013** | **Hemwall Holdings Limited - $150,000.00 (estimated) Amount owed to the Debtors after all fees and costs of administration of the related assets and entity are paid.** |

### 7. Gifts

| None ■ | List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
|---|---|

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

| None ■ | List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
|---|---|

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

| None ☐ | List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case. |
|---|---|

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **The Schwartz Law Firm, Inc.** <br> **6623 Las Vegas Blvd. South, Suite 300** <br> **Las Vegas, NV 89119** | **05/01/2013** <br> **05/02/2013** | **$5,000.00** <br> **$2,500.00** |

B7 (Official Form 7) (04/13)

5

**10. Other transfers**

None ☐ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Kyle A. Jones and Nina Schnell**<br>**1666 Bent Arrow Drive**<br>**North Las Vegas, NV 89031**<br>    Buyer | 05/02/2011 | **1666 Bent Arrow Drive**<br>**Las Vegas, NV 89031**<br>**Value Received: $90,093.47** |
| **Richard West**<br>**c/o Centurion Management Services**<br>**2920 N. Green Valley Pkwy., Bldg. 4 - #414**<br>**Henderson, NV 89014**<br>    Buyer | 5/12/2011 | **10381 Adrianna Avenue**<br>**Las Vegas, NV 89129**<br>**Value Received: $91,783.73** |
| **Hans P. Andersen**<br>**3014 Cherum Street**<br>**Las Vegas, NV 89135**<br>    Buyer | 12/15/2011 | **3014 Cherum Street**<br>**Las Vegas, NV 89135**<br>**Value Received: $225,977.92** |
| **Desert BMW/Auto Nation**<br>**6900 West Sahara Avenue**<br>**Las Vegas, NV 89117**<br>    Dealership | 04/2012 | **2011 Dodge Ram 3500**<br>**Value Received: $42,000.00** |
| **Las Vegas Jewelry Exchange**<br>**1405 W. Sunset Road**<br>**Henderson, NV 89014**<br>    Jeweler - Buyer | 01/07/2013 | **Watches**<br>**Value Received:$53,000.00** |
| **European House For Imports**<br>**10177 W. Charleston Blvd.**<br>**Las Vegas, NV 89135**<br>    Dealership - Buyer | 02/2013 | **2006 BMW M3**<br>**Value Received: $7,000.00** |

None ■ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ■ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

B7 (Official Form 7) (04/13) 6

### 12. Safe deposit boxes

None ■  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None ■  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None ■  List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15. Prior address of debtor

None ☐  If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 6655 Abruzzi Drive, #103<br>North Las Vegas, NV 89084 | Richard N Roberts | 09/2010-03/2013 |
| 7440 Oak Grove Avenue<br>Las Vegas, Nevada 89117 | Richard N. Roberts<br>Jane S. Roberts | 07/2008-09/2010 |

### 16. Spouses and Former Spouses

None ■  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

B7 (Official Form 7) (04/13) 7

| None ■ | a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law: |
|---|---|

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

| None ■ | b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice. |
|---|---|

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

| None ■ | c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number. |
|---|---|

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

| None ☐ | a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case. |
|---|---|

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **RJ Holdings** | 26-2618584 | **532 Tuscany View Street Las Vegas, NV 89145** | **Property Investment Company** | **05/2008-04/2011** |
| **Windy Pastures, LLC** | E0608222008-2 | **c/o Law Offices of Gary Fales and Associates 2451 S. Buffalo Drive, Suite 100 Las Vegas, NV 89117** | **Property Holding Company** | **09/24/2008-09/30/2010** |
| **Blue Mountain Vistas, LLC** | E0609202008-1 | **c/o Law Offices of Gary Fales and Associates 2451 S. Buffalo Drive, Suite 100 Las Vegas, NV 89117** | **Holding Company** | **09/24/2008-2010** |
| **Violet Flowers** | | **c/o Law Offices of Gary L. Fales & Associates 2451 S. Buffalo Drive, Ste. 100 Las Vegas, NV 89117** | **Manager of Blue Mountain Vistas, LLC and Windy Pastures, LLC** | **09/24/2008-2010** |

B7 (Official Form 7) (04/13)

8

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **ShaxGroup, Inc.** | 06519120113 | c/o Gary E. Schnitzer, Esq. 8985 S. Eastern Avenue, Ste. 200 Las Vegas, NV 89123 | **Sports Clothing** | **12/6/2012 - 12/2012** |
| **Regal Property Holdings** | 75-3236126 | 4750 N. Jensen Street Las Vegas, NV 89129-1606 | **Real Estate Holding Company** | **03/23/2007-Present** |
| **Stately Developments SL** | CIF Number B92795889 | CC La Colonia Spain | **Property Development** | **2006-2008** |
| **Majestic Investment Consulting SL** | CIF number B92699552 | t/a Majestic Group Investments cc la Colonia | **Property Investment Company** | **2006-2010** |
| **Craigforth Limited Company** | Registration Number 1029200 | Centro Commerical La Colonia, Local 19 San Pedro Alcantara, 29670 Malaga, Spain | **Holding Company for ownership of shares in Regal Property Holdings (UK), LLP and Stirling Mortimer Ltd.** | **05/2006-2010** |
| **Southpak Trust Limited, ANZ House** | | Rarotanga, Cook Islands P.O. Box 11 Rarotanga, Cook Islands | **Asset Protection** | **2008-2010** |
| **Everett Bay Holdings, LLC** | Company Number 8561 | c/o Law Offices of Gary Fales and Associates 2451 S. Buffalo Drive, Ste. 100 Las Vegas, NV 89117 | **Asset Protection** | **2008-2010** |
| **The Blue Edition Trust** | | c/o Law Offices of Gary Fales and Associates 2451 S. Buffalo Drive, Ste. 100 Las Vegas, NV 89117 | **Asset Protection** | **2008-2011** |
| **Tlalok** | 20739 | 4 Pindou Street, 2409 Engomi, 2090 Nicosia, Cyprus | **Holding Company** | **09/07/2007 - Present** |
| **Hemwall Holdings Limited** | | 4 Pindou Street, 2409 Engomi, 2090 Nicosia, Cyprus | **Real Estate Holding Company** | **2008-Present** |
| **Trelina Consultadoria E Marketing LDA** | | Avendida Arriga, n.73.2 andar SA a 212 distortion, Madeira Funchal 900 Funchal, Madeira | **Held by Tlalok (tax purposes)** | **2008-2011** |
| **Stirling Mortimer Property Fund PCC** | | Heritage Hall, Le Marchant Street St Peter Port, Guernsey, Channel Islands GY1 4HY | **Property Investment Fund** | **2006-2010** |
| **Stirling Mortimer Global Property Fund** | | Heritage Hall Le Marchant Street St Peter Port Guernsey, Channel Islands GY1 4HY | **Property Investment Fund** | **2006-2010** |

B7 (Official Form 7) (04/13)　9

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Stirling Mortimer (Gurnsey) Limited** | | **Heritage Hall Le Marchant Street St Peter Port Guernsey, Channel Islands GY1 4HY** | **Tax Purposes** | **2006-2010** |
| **Stirling Mortimer Ltd. (Channel Islands)** | | **Heritage Hall Le Marchant Street St Peter Port Guernsey, Channel Islands GY1 4HY** | **Tax purposes** | **2007-2010** |
| **Exhibit One Media Ltd.** | 06058965 | **12 Burleigh Street London WC2E 7PX** | **Marketing company** | **2007-2010** |
| **Knight Property Ltd** | | **12 Burleigh Street London WC2E 7PX** | **Marketing/Entertainment** | **2007-2009** |
| **Majestic International Prop. Solutions** | 05733319 | **c/o Recovery HJS, 12-14 Carlton Place Southampton, Hampshire, SO15 2EA** | **Construction** | **2006-2008** |
| **GPO Investments, Ltd.** | 05939414 | **12 Burleigh Street London WC2E 7PX** | **Real Property Holding Company** | **2006-2008** |
| **MGI Global Holdings, Ltd** | 06242666 | **12 Burleigh Street London WC2E 7PX** | **Holding Company** | **2007-2009** |
| **Stately International Investments, Ltd.** | 06311194 | **Devonshire House 60 Goswell Road, London EC1M 7AD** | **Investment Company** | **2007-2011** |
| **Stately Investments (UK) LLP** | OC322185 | **12 Burleigh Street LOndon WC2E 7PX** | **Consulting** | **2006-2009** |
| **Majestic Overseas Developments, Ltd.** | 05472689 | **Recovery HJS, 12-14 Carlton Place Southampton, Hampshire S015 2EA** | **Real Estate Brokerage** | **2005-2008** |
| **Integer Credit UK, Ltd.** | 05591131 | **12 Burleigh Street London WC2E 7PX** | **Mortgage Lending** | **2005-2008** |
| **Regal Property Investment (UK) LLP** | OC320843 | **12 Burleigh Street London, WC2E 7PX** | **Tax Purposes** | **2006-2010** |
| **GPO Holdings, Ltd.** | 06198612 | **60 Goswell Road London EC1M 7AD** | **Real Property Holding Company** | **2007-Present** |
| **Pinstripe SL** | | **Casa Jane La Rejana, Pago Mdi Torrox Malaga, Spain** | **Tax Purposes** | **2004-2009** |
| **Majestic Investment Consulting SL** | | **dba Majestic Group Investments** | **Investment Company** | **2006-2010** |

■ None    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME　　　　　　　　　　　　　　　　　　　　　　　　ADDRESS

B7 (Official Form 7) (04/13)  10

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐  a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Allan Rosenthal & Associates, AC**<br>**4766 Park Granada #101**<br>**Calabasas, CA 91302** | **2008-Present** |

None ■  b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ☐  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Allan Rosenthal & Associates, AC** | **4766 Park Granada #101**<br>**Calabasas, CA 91302** |

None ■  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

**20. Inventories**

None ■  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None ■  b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None ■  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

B7 (Official Form 7) (04/13)    11

| | |
|---|---|
| None ■ | b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation. |

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22 . Former partners, officers, directors and shareholders**

| | |
|---|---|
| None ■ | a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case. |

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

| | |
|---|---|
| None ■ | b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case. |

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

| | |
|---|---|
| None ■ | If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case. |

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

| | |
|---|---|
| None ■ | If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case. |

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

| | |
|---|---|
| None ■ | If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case. |

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

* * * * * *

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date **July 22, 2013**         Signature    **/s/ Richard N Roberts**
                                             **Richard N Roberts**
                                             Debtor

Date **July 22, 2013**         Signature    **/s/ Jane S Roberts**
                                             **Jane S Roberts**
                                             Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*