**Electronically Filed: October 18, 2013**

**LIONEL SAWYER & COLLINS**
Jennifer A. Smith, NBN 610
*jsmith@lionelsawyer.com*
1100 Bank of America Plaza
50 West Liberty Street
Reno, Nevada 89501
Telephone: 775-788-8666
Facsimile: 775-788-8682

*Special Litigation Counsel for Debtors*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>REGAL PROPERTY HOLDINGS, INC.,<br><br>Debtor. | Case No.: 13-13969-BTB<br>Chapter 11<br>Lead Case |
| In re:<br><br>RICHARD NEILL TREVOR ROBERTS<br>and JANE SHERIDAN ROBERTS,<br><br>Debtors. | Case No. 13-13968-BTB<br>Jointly Administered Chapter 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |

    Jennifer A Smith, of the law firm Lionel Sawyer & Collins, special litigation counsel for the above-captioned debtors, hereby enters her appearance on the record in the above-captioned bankruptcy case, pursuant to Federal Rule of Bankruptcy Procedure 9010(b), and further requests special notice of all hearings, actions, contested matters, and adversary proceedings in this case, together with copies of all notices, pleadings, motions, responses and other related materials that are issued or filed in connection with these proceedings.

//

//

//

//

//

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

All notices and copies in response to the foregoing and, pursuant to Federal Rule of Bankruptcy Procedure 2002 and Local Rule 2002, all notices required to be mailed to the above-captioned debtors by any interested party should be directed to:

>Jennifer A. Smith, Esq.
>LIONEL SAWYER & COLLINS
>1100 Bank of America Plaza
>50 West Liberty Street
>Reno, Nevada 89501
>*jsmith@lionelsawyer.com*

Dated this 18th day of October, 2013.

Respectfully submitted by:

**LIONEL SAWYER & COLLINS**

By:   /s/ Jennifer A. Smith
      Jennifer A. Smith, NBN 610
      1100 Bank of America Plaza
      50 West Liberty Street
      Reno, Nevada 89501

*Special Litigation Counsel for Debtors*

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

2