Samuel A. Schwartz, Esq.  
Nevada Bar No. 10985  
Sean McClenahan, Esq.  
Nevada Bar No. 10141  
The Schwartz Law Firm, Inc.  
6623 Las Vegas Blvd. South, Suite 300  
Las Vegas, Nevada 89119  
Telephone: (702) 385-5544  
Facsimile: (702) 385-2741  
Attorneys for the Debtors  

E-Filed: February 13, 2014

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | ) Case No.: 13-13968-BTB |
| | ) |
| Richard N. Roberts and Jane S. Roberts, | ) Chapter 11 |
| | ) |
| Debtors. | ) |
| | ) |
| | ) |

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that true and correct copies of the Debtor's Certificate of Compliance with Conditions Related to Entry of Chapter 11 Individual Discharge Together With Notice Thereon (Docket No. 49) were sent via ELECTRONIC MAIL on February 13, 2014, to the following:

RYAN A. ANDERSEN on behalf of Debtors JANE S. ROBERTS and RICHARD N. ROBERTS  
RANDERSEN@LIONELSAWYER.COM, bklsclv@lionelsawyer.com;kwallace@lionelsawyer.com

JAMES B. BALL on behalf of Creditor BMW FINANCIAL SERVICES, NA, LLC FKA FINANCIAL SERVICES VEHICLE TRUST  
nevadabk@poliball.com, bkecf@poliball.com

J. THOMAS BECKETT on behalf of Interested Party STIRLING MORTIMER GLOBAL PROPERTY FUND PCC LIMITED    ECF@parsonsbehle.com

MARLA J. DAVEE on behalf of Defendant REGAL PROPERTY HOLDINGS, INC.  
mdavee@lionelsawyer.com, kwallace@lionelsawyer.com;bklsclv@lionelsawyer.com

MICHAEL R KEALY on behalf of Interested Party STIRLING MORTIMER GLOBAL PROPERTY FUND PCC LIMITED    mkealy@parsonsbehle.com

CHRISTOPHER MATHEWS on behalf of Defendant JANE SHERIDAN ROBERTS and RICHARD ROBERTS
cmathews@lionelsawyer.com, bklsclv@lionelsawyer.com

KARL Y. OLSEN on behalf of Interested Party STIRLING MORTIMER GLOBAL PROPERTY FUND PCC LIMITED
karlolsen@parsonsbehle.com, ecf@parsonsbehle.com

U.S. TRUSTEE - LV - 11   USTPRegion17.lv.ecf@usdoj.gov

GREGORY L. WILDE on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY
nvbk@tblaw.com;jrgiordano@tblaw.com;mlbenson@tblaw.com;jlferran@tblaw.com;grgarrett@tblaw.com;maerwin@tblaw.com;batobias@tblaw.com

ROLLIN G. THORLEY on behalf of Creditor IRS   rollin.g.thorley@irscounsel.treas.gov

JENNIFER A. SMITH on behalf of Debtor REGAL PROPERTY HOLDINGS, INC.
cobrien@lionelsawyer.com, bklscr@lionelsawyer.com

I HEREBY CERTIFY that true and correct copies of the Debtor's Certificate of Compliance with Conditions Related to Entry of Chapter 11 Individual Discharge Together With Notice Thereon (Docket No. 49) were sent via REGULAR US MAIL on February 13, 2014, to the following

Unicaja Bank
Balcon de Eropa
Nerja, Spain

David Lawrence
Calle Cerro Pendon Portal 2B
Planta 1, Apt. 1, Penoncillo
Torrox Costa, Malaga, Spain 29793

Solbank
Avendida de Espana
190, Estepona, Spain

American Express
P.O. Box 981535
El Paso, TX 79998-1535

Bank of America, N.A.
Bank of America Home Loans
Attn: Correspondence
Unit CA6-919-02-41
P.O. Box 5170
Simi Valley, CA 93062

Stirling Mortimer Global Property Fund, PCC – Unsecured Claim
c/o J. Thomas Beckett/ David M. Binnion
Parsons Behle & Latimer
201 South Main St., Suite 1800
Salt Lake City, UT 84111

Ally Financial
P.O. Box 130424
Roseville, MN 55113-0004
American Express Bank, FSB

Page 2 of 7

c/o Becket and Lee, LLP
Attorneys/Agent for Creditor
P.O. Box 3001
Malvern, PA 19355-0701

Edward Erath
4790 N. Jensen Street
Las Vegas, NV 89129

Lionel Sawyer & Collins
Attn: Christopher Matthews, Esq.
1700 Bank of America Plaza
300 S. 4th Street
Las Vegas, NV 89101

Discover Bank
DB Servicing Corporation
P.O. Box 3025
New Albany, OH 43054-3025

Wells Fargo Bank, N.A.
c/o Wells Fargo Card Services
1 Home Campus, 3rd Floor
Des Moines, IA 50328

Nordstrom fsb
P.O. Box 6566
Englewood, CO 80155

BMW Financial Services NA, LLC
P.O. Box 201347
Arlington, EX 76006

Deutsche Bank National Trust Company
c/o Tiffany and Bosco
Attn: Bankruptcy Department
2525 E. Camelback Road, Ste. 300
Phoenix, AZ 85032

Quantum 3 Group, LLC
As agent for Comenity Bank
P.O. Box 788
Kirkland, WA 93083-0788

GE Capital Retail Bank
c/o Recovery Management Systems Corp.
25 SE 2nd Ave., Suite 1120
Miami, FL 33131-1605

American Express Centurion Bank
c/o Becket and Lee, LLP
Attorneys/Agent for Creditor
P.O. Box 3001
Malvern, PA 19355-0701

Altair OH XIII, LLC
c/o Weinstein and Riley, PS
2001 Western Avenue, Ste. 400
Seattle, WA 98121

Adidas
P.O. Box 100384
Atlanta, GA 30384-0384

Agron
P.O. Box 51708
Los Angeles, CA 90051-7697

American Express
Po Box 3001
16 General Warren Blvd
Malvern, PA 19355

American Express
PO Box 0001
Los Angeles, CA 90096-0001

| | |
|---|---|
| American Medical Collection Agency<br>4 Westchester Plaza Bldg. 4<br>Elmsford, NY 10523 | |
| American Video Security<br>1421 East Sunset Road, #2<br>Las Vegas, NV 89119 | Fin Services LLC<br>Po Box 15316<br>Wilmington, DE 19850 |
| Bank Of America<br>Po Box 982235<br>El Paso, TX 79998 | DJO Global, LLC<br>599 Cardigan Road<br>Saint Paul, MN 55126 |
| Bishop Gorman High School<br>5959 S. Hualapai Way<br>Las Vegas, NV 89148 | DLA Piper, UK LLP<br>Attn: Jonathan Eatough<br>101 Barbirolli Square<br>Bridgewater Manchester M2 3DL<br>United Kingdom DX 14304 |
| Century Link<br>P.O. Box 2961<br>Phoenix, AZ 85062-2961 | Dsnb Macys<br>Po Box 8218<br>Mason, OH 45040 |
| Chase<br>Po Box 15298<br>Wilmington, DE 19850 | Elaine Graf<br>7413 Doe Avenue<br>Las Vegas, NV 89117 |
| Citibank Sd, Na<br>Attn: Centralized Bankruptcy<br>Po Box 20363<br>Kansas City, MO 64195 | Express/Comenity Bank<br>Attention: Bankruptcy Dept<br>Po Box 182686<br>Columbus, OH 43218 |
| City of Las Vegas<br>P.O. Box 748029<br>Los Angeles, CA 90074-8029 | Faith Lutheran Middle - High School<br>2015 S. Hualapai Way<br>Las Vegas, NV 89117 |
| David Riviera<br>1027 South Rainbow Blvd. #101<br>Las Vegas, NV 89145 | GECRB/Gap<br>Attn: bankruptcy<br>Po Box 103104<br>Roswell, GA 30076 |
| Desert Anesthesiologists, Inc.<br>P.O. Box 3930<br>Salt Lake City, UT 84110-3930 | GECRB/JC Penny<br>Attention: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076 |
| Desert Institute of Spine Care<br>5130 S. Fort Apache Road, Ste. 215-415<br>Las Vegas, NV 89148 | |

4

| | |
|---|---|
| Heather Powell<br>Kingston Smith LLP<br>Devonshire House, 60 Goswell Road<br>London, EC1M 7AD | Michael Ioannou<br>Ioannou & Theodoulou/MMCS Nominees<br>4 Pindoou Street, 2409 Engomi<br>P.O. Box 27713; 2432 Engomi<br>Nicosia, Cyprus |
| HSBC Bank PLC<br>Card Services<br>P.O. Box 728<br>Camberley GU15 3WU | Neil Emerson<br>Bircham Dyson Bell LLP<br>50 Broadway, London<br>SW1H OBL, United Kingdom |
| Innovative Pain Care Center<br>P.O. Box 74826<br>Los Angeles, CA 90074-8286 | Nevada Pools<br>5581 S. Cameron Street<br>Las Vegas, NV 89118 |
| Institute of Orthopedic Surgery<br>P.O. Box 50509<br>Henderson, NV 89016 | Nicholas Ian Shaw<br>6 While Street, Stockton Meath<br>Chershire, WA46JX, England |
| Jacob Roberts<br>4750 N. Jensen Street<br>Las Vegas, NV 89129 | Nordstrom FSB<br>Attention: Account Services<br>Po Box 6566<br>Englewood, CO 80155 |
| Jessica Roberts<br>4750 N. Jensen Street<br>Las Vegas, NV 89129 | Prestige Chrysler Jeep Dodge<br>6520 Centennial Center Blvd.<br>Las Vegas, NV 89149 |
| Josh Swissman<br>532 Tuscany View Street<br>Las Vegas, NV 89146 | Quest Diagnostics<br>P.O. Box 7302<br>Hollister, MO 65673-7302 |
| Joshua Roberts<br>4750 N. Jensen Street<br>Las Vegas, NV 89129 | Republic Services<br>770 E. Sahara Avenue<br>Las Vegas, NV 89104 |
| Kohls/capone<br>N56 W 17000 Ridgewood Dr<br>Menomonee Falls, WI 53051 | Steinberg Diagnostic Medical Imaging<br>Acct No xx2879<br>P.O. Box 36900<br>Las Vegas, NV 89133-6900 |
| Liberty Diagnostics<br>600 S. Lake Avenue, #205<br>Pasadena, CA 91106-3955 | Stephen Baker<br>1612 Vefpertina Court<br>Las Vegas, NV 89128 |
| Low Back & Neck Pain Center, Ltd.<br>1928 East Sahara Avenue<br>Las Vegas, NV 89104 | |

| | | |
|---|---|---|
| 1 | | |
| 2 | Stephens Pest Control<br>P.O. Box 50554 | State of Nevada Dept. of Motor Vehicles<br>Attn: Legal Division |
| 3 | Henderson, NV 89016-0554 | 555 Wright Way<br>Carson City, NV 89711 |
| 4 | Strategic Distribution LLC (Classroom) | |
| 5 | P.O. Box 51223 | Clark County Assessor |
| 6 | Los Angeles, CA 90051-5523 | c/o Bankruptcy Clerk<br>500 S Grand Central Pkwy |
| 7 | Tom Scardamaglia | Box 551401 |
| 8 | 1448 Anderson Road<br>Elburn, IL 60119 | Las Vegas, NV 89155-1401 |
| 9 | | Clark County Treasurer |
| 10 | Unicaja Bank | c/o Bankruptcy Clerk |
| 11 | Balcon de Eruopa<br>Nerja, Spain | 500 S Grand Central Parkway<br>PO Box 551220 |
| 12 | | Las Vegas, NV 89155-1220 |
| 13 | Victoria's Secret | |
| 14 | Attention: Bankruptcy<br>Po Box 182125 | Internal Revenue Service<br>P.O. Box 7346 |
| 15 | Columbus, OH 43218 | Philadelphia, PA 19101-7346 |
| 16 | | |
| 17 | Wells Fargo Card Services<br>1 Home Campus, 3rd Floor | Biz Filings<br>8040 Excelsior Drive #200 |
| 18 | Des Moines, IA 50328 | Madison, WI 83717 |
| 19 | | |
| 20 | Richard N. Roberts<br>4750 N. Jensen Street | Brian Gallagher<br>11628 Villa Malparte Avenue |
| 21 | Las Vegas, NV 89129 | Las Vegas, NV 89138 |
| 22 | | |
| 23 | Jane S. Roberts<br>4750 N. Jensen Street | David Rivera<br>1027 S. Rainbow Blvd. #101 |
| 24 | Las Vegas, NV 89129 | Las Vegas, NV 89145 |
| 25 | | |
| 26 | United States Trustee<br>300 Las Vegas Blvd. South #4300 | Nicklin Property Management<br>375 N. Stephanie St. #911-A |
| 27 | Las Vegas, NV 89101 | Henderson, NV 89014 |
| 28 | | |
| | Dept of Employment, Training and Rehab<br>Employment Security Division<br>500 East Third Street<br>Carson City, NV 89713 | PPC<br>P.O. Box 371241<br>Las Vegas, NV 89137 |
| | Nevada Dept of Taxation, BK Section<br>555 E. Washington Ave. #1300<br>Las Vegas, NV 89101 | Ramon Torres<br>2079 Desert Prairie Street<br>Las Vegas, NV 89135 |

Sonia Ceballos
1704 Silver Oaks Street
Las Vegas, NV 89117

BMW Financial Services
Attn: Bankruptcy Department
Po Box 3608
Dublin, OH 43016

Citibank Usa
Citicorp Credit Services/Attn:Centralize
Po Box 20507
Kansas City, MO 64195

Commonwealth of Massachusetts
Executive Office of Labor and Workforce
Charles F. Hurley Building
19 Stanford Street
Boston, MA 02114

Dell Financial Services
Dell Financial Services Attn: Bankrupcty
Po Box 81577
Austin, TX 78708

Gecrb/Amazon
Attn: Bankruptcy
Po Box 103104
Roswell, GA 30076

Newport News
Po Box 182125
Columbus, OH 43218

Jade Soresman
10004 Pinnacle View Place
Las Vegas, NV 89135

Shaxgroup, Inc.
7060 W. Warm Springs Road
Ste. 150
Las Vegas, NV 89113

/s/  Janine Lee
       Janine Lee

7